# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **VENUS LOCATIONS, LLC** | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:16-cv-00344 |
| | § | |
| v. | § | |
| | § | |
| **MICROSOFT CORPORATION** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Unopposed Motion for Dismissal with Prejudice of all the claims filed by Plaintiff Venus Locations, LLC ("Plaintiff"), the Unopposed Motion for Dismissal with Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant Microsoft Corporation, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 6th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE